## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

In Re: Peter W. Drum, Esq.                    Docket No.: 2:26-mc-00171-LEW

### ORDER TO SHOW CAUSE

On March 26, 2026, Justice Thomas McKeon of the Maine Superior Court, sitting as a Single Justice of the Maine Supreme Judicial Court by designation, ordered Respondent Peter W. Drum, Esq. suspended from the practice of law effective immediately and until further order of that Court. The discipline was imposed for violations of Maine Rules of Professional Conduct 1.14, 8.1(b), and 8.4(a)(b)(c)(d).

Now, therefore, pursuant to Rule 83.3(g)(2) of the Local Rules of this Court, Peter W. Drum, Esq. is hereby suspended from the practice of law in this Court effective immediately. If Respondent Drum claims that this Court should not impose such discipline, he is directed to file within 14 days of the date of this Order the reasons therefor in strict accordance with the limited bases for such an objection under Local Rule 83.3(g)(4).

**SO ORDERED.**

**Dated:** April 30, 2026

/s/ Lance E. Walker
**CHIEF U.S. DISTRICT JUDGE**